# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: CONDEMNATION BY SUNOCO PIPELINE L.P. OF PERMANENT AND TEMPORARY RIGHTS OF WAY FOR THE TRANSPORTATION OF ETHANE, PROPANE, LIQUID PETROLEUM GAS, AND OTHER PETROLEUM PRODUCTS IN EDGEMONT TOWNSHIP, DELAWARE COUNTY, PENNSYLVANIA, OVER THE LANDS OF CHARLES S. KATZ, JR. AND KAREN M. KATZ | : : : : : : : : : : : : | No. 507 MAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: CHARLES S. KATZ, JR. AND KAREN M. KATZ | : : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.